Entered on Docket
December 11, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes the order of the court.
Signed December 11, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No: 12-48250 WJL

**JOHN NORMAN PIKE**,                   Chapter 13

                                        ORDER APPROVING LOAN
                 Debtor.                MODIFICATION
_____/

The Court having considered the Debtor's Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 1100 Bear River Court, Oakley, CA 94561, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

Wells Fargo Home Mortgage
MAC D0203-020
1100 Corporate Center Drive
Raleigh, NC 27607-5066

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306